UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60389-CIV-SINGHAL

LUIS ANTONIO SORIANO
GUTIERREZ,

      Petitioner,

v.

KRISTI NOEM, in her official capacity
as Secretary of the United States
Department of Homeland Security, *et al.,*

      Respondents.

_____/

## ORDER REQUIRING REPLY

**THIS CAUSE** is before the Court upon Respondents' Response to Order to Show Cause (the "**Response**").  (DE [12]).  The Court has reviewed the statements of fact in the Petition (DE [1]) and Response (DE [12]) and understands that the parties may dispute the extent of Petitioner's criminal history, as well as this Court's jurisdiction to adjudicate the Petition.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Petitioner shall reply to the Response by **March 16, 2026.**  Petitioner's Reply shall identify any disputes of material fact, or certify no such disputes, and also address the jurisdictional issues raised in the Response.  Petitioner's reply may also address any other issues raised in the Response.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 5th day of March 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF