UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60389-CIV-SINGHAL

LUIS ANTONIO SORIANO
GUTIERREZ,

      Petitioner,

v.

KRISTI NOEM, in her official capacity
as Secretary of the United States
Department of Homeland Security, *et al.,*

      Respondents.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Petitioner's Reply to Response to Order to Show Case (the "**Reply**").  (DE [8]).  The Court has reviewed the Reply and notes several instances where Petitioner submits important propositions of law but fails to support those propositions with authority.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Petitioner shall file an amended reply with citations to supporting authority by **March 24, 2026**.  Absent leave, the amended reply shall be otherwise identical to the Reply (DE [8]).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 17th day of March 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF