UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60389-CIV-SINGHAL

LUIS ANTONIO SORIANO
GUTIERREZ,

      Petitioner,

v.

KRISTI NOEM, in her official capacity
as Secretary of the United States
Department of Homeland Security, *et al.,*

      Respondents.

_____/

## ORDER SETTING HEARING

**THIS CAUSE** is before the Court upon Petitioner's Petition for Writ of Habeas Corpus (the "**Petition**") (DE [1]).  The Court has reviewed the Petition (DE [1]), Respondents' Response to Order to Show Cause (DE [6]), and Petitioner's Reply to Response to Order to Show Cause (DE [12]).  The Court discerns no material factual disputes, nor have the parties highlighted any such dispute(s).  Thus, while 28 U.S.C. Section 2243 requires a hearing on this matter, Petitioner's physical presence is not required.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties attend a **30-minute**, **in-person** hearing on **Tuesday, March 31, 2026, at 1:00 PM** at **United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, Courtroom 110.**  Alternatively, the parties may jointly move to cancel the hearing and rest on their briefs.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of March 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF